# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:14CR65 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MYRIO NICKERSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on January 7, 2019. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Burke reported that a supervised release violation hearing was held on January 24, 2019. The defendant admitted to the following violations:

1. Failure to Submit Drug Screens;
2. Failure to Keep Scheduled Appointments with Supervising Officer.

The magistrate judge filed a report and recommendation on January 28, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on February 27, 2019.

Defendant Myrio Nickerson was present and represented by Attorney Debra Migdal. The United States was represented by Assistant United States Attorney Brendan O'Shea. United States Probation Officer Jennifer Giammarco was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

The Court continues the sentencing for six months, until August 27, 2019 at 10:00 a.m., to allow the defendant additional time to demonstrate that he is capable of complying with his conditions of supervised release. At the end of the six-month period, if the defendant has been compliant with his supervised release, the probation officer may (although is not requested to) request the violations to be withdrawn. Should the Court be notified at any time prior to the sentencing hearing that the defendant is not in compliance, the Court will proceed immediately to sentencing.

**IT IS SO ORDERED**.

Dated: February 27, 2019

                                                   **HONORABLE SARA LIOI**
                                                   **UNITED STATES DISTRICT JUDGE**